296 F.2d 742
 THUNDERBIRD LUMBER CORP.
v.
RYDER TRUCK RENTAL, INC.
 No. 6797.
 United States Court of Appeals Tenth Circuit.
 Aug. 10, 1961.
 
 Appeal from the United States District Court for the District of New Mexico.
 Lewis R. Sutin, Albuquerque, N.M., for appellant.
 Joseph E. Roehl and Allen C. Dewey, Albuquerque, N.M., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.